IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT KNOXVILLE

# THOMAS J. MCKEE v. STATE OF TENNESSEE

**Criminal Court for Knox County**
**No. 69610**

---

**No. E2000-00008-CCA-R3-PC**

---

**JUDGMENT**

Came the defendant, Thomas J. McKee, pro se, and the state, by the Attorney General, and this cause was heard on the record on appeal from the Criminal Court of Knox County; and upon consideration thereof, this court is of the opinion that there is reversible error in the judgment of the trial court.

It is, therefore, ordered and adjudged that the judgment of the trial court is reversed and the case is remanded to the Criminal Court of Knox County for further proceedings consistent with this opinion.

Costs of the appeal are taxed to the State of Tennessee.

Judge James Curwood Witt, Jr.
Judge David G. Hayes
Judge Norma McGee Ogle